John B. Larson, Esq., SBN 108813
Yasmine Hussein, Esq., SBN 285885
**LARSON & GASTON, LLP**
200 S. Los Robles Avenue, Suite 530
Pasadena, CA 91101
Tel: (626) 795-6001
Fax: (626) 795-0016
john.larson@larsongaston.com
yasmine.hussein@larsongaston.com

Attorneys for Plaintiff, HARLEYSVILLE INSURANCE COMPANY

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| HARLEYSVILLE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>KING'S EXPRESS, INC.; INFINITY LOGISTICS, INC.; PRO-COM PRODUCTS, INC.; MISA IMPORTS, INC.; DENNIS MCCORMICK; JOHN VINCENT TARWATER,<br><br>    Defendants. | Case No. 2:19-cv-03817-DMG-(SKx)<br>Hon. Dolly M. Gee<br>Courtroom 8C<br><br>**Related Case:**<br>**2:18-cv-06035 DMG(SKx)**<br><br>**HARLEYSVILLE INSURANCE COMPANY'S REPLY TO ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION AS TO DEFENDANT JOHN VINCENT TARWATER; DECLARATION OF JOHN B. LARSON, ESQ.**<br><br>Complaint Filed:  May 3, 2019<br>Trial Date:  None Set |

**TO THE COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE THAT Plaintiff, HARLEYSVILLE INSURANCE COMPANY ("Plaintiff") hereby respectfully files and serves this

– 1 –

Reply to the Court's OSC Re: Dismissal for Lack of Prosecution as to Defendant John Vincent TARWATER ("Tarwater").

## I. INTRODUCTION

Plaintiff and counsel for Defendant John Vincent Tarwater ("Tarwater") have been in settlement negotiations over the last several months. As reflected in the Declaration of John B. Larson, Esq. attached hereto, a settlement has been reached between Plaintiff and Tarwater. The settlement is being circulated among the parties and should be finalized within 14 days. At which time Tarwater will be dismissed from this action.

## II. RELIEF REQUESTED

Plaintiff would request that this Court not dismiss the case and permit Plaintiff to complete the documentation of the settlement agreement and file a Stipulation and Order re: Dismissal no later than November 18, 2019.

Dated: November 1, 2019

Respectfully submitted,
LARSON & GASTON, LLP

By: __/S/ John B. Larson, Esq.__
John B. Larson, Esq.,
Yasmine Hussein, Esq.,
Attorneys for Plaintiff,
HARLEYSVILLE INSURANCE COMPANY

## **DECLARATION OF JOHN B. LARSON, ESQ.**

I, John B. Larson do hereby declare as follows:

1. I am an attorney at law duly licensed to practice before the Central District of California. I am the Managing Partner at the law firm of Larson & Gaston, LLP attorneys of record for Plaintiff, HARLEYSVILLE INSURANCE COMPANY ("Plaintiff").

2. I am familiar with the files, pleadings, and facts of this case. If called as a witness, I could and would competently testify to the following based on my own personal knowledge or information and belief.

3. I make this declaration in support of Plaintiff's Reply to Order to Show Cause Re: Dismissal For Lack of Prosecution as to Defendant John Vincent Tarwater ("Tarwater").

4. Shortly after service of the complaint on Tarwater, his attorney, Ira Rivin, and myself have been in discussions regarding a resolution of the matter as against his client.

5. Versions of the settlement documents have gone back and forth between counsel and this week the parties have reached agreement as to the terms. The settlement documents are being circulated between the parties for execution.

6. I anticipate filing a Stipulation and Order re: Dismissal within the next two weeks thereby concluding the matter as to Tarwater.

I declare under penalty of perjury that the foregoing is true and correct.

Executed November 1, 2019, at Pasadena, California.

　　　　　　　　　　　　　　　  /S/ John B. Larson, Esq.  
　　　　　　　　　　　　　　　JOHN B. LARSON, ESQ., Declarant

– 1 –

4815 **DECLARATION OF JOHN B. LARSON, ESQ.**

Harleysville Insurance Company v. King's Express, Inc. et al.
United States District Court, Central District of California
Case No. 2:19-cv-03817-DMG-(SKx)

## CERTIFICATE OF SERVICE

I, Nicole Padget, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of Los Angeles, California. My business address is: 200 S. Los Robles Avenue, Suite 530, Pasadena, CA 91101.

On the date below I electronically filed with the Court through its CM/ECF program and served through the same program the following document(s): **HARLEYSVILLE INSURANCE COMPANY'S REPLY TO ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION AS TO DEFENDANT JOHN VINCENT TARWATER; DECLARATION OF JOHN B. LARSON, ESQ.**

On the interested parties in said case addressed as follows:

| | |
|---|---|
| James H. Park, Esq.<br>1250 Bixby Drive<br>City of Industry, CA 91745<br>Tel: (626) 322-2147<br>Fax: (626) 322-2148<br>jamespark.legalcounsel@gmail.com<br>Attorney for Defendant,<br>PRO-COM PRODUCTS, INC. | Amjad M. Khan, Esq.<br>Jill R. Glennon, Esq.<br>Rowannekete P. Barnes, Esq.<br>BROWN NERI SMITH & KHAN LLP<br>11601 Wilshire Blvd., Suite 2080<br>Los Angeles, CA 90025<br>Tel: (310) 593-9890<br>Fax: (310) 593-9980<br>amjad@bnsklaw.com<br>jill@bnsklaw.com<br>Attorney for Defendants,<br>KING'S EXPRESS, INC., INFINITY LOGISTICS, DENNIS MCCORMICK |
| ***VIA EMAIL ONLY***<br>Ira G. Rivin<br>Rutan & Tucker, LLP<br>611 Anton Boulevard, 14th Floor<br>Costa Mesa, CA 92626<br>(714) 641-3410 (direct)<br>irivin@rutan.com<br>Attorney for Defendant,<br>JOHN VINCENT TARWATER | |

[X]   (**BY E-MAIL**)   I caused such document(s) to be electronically served addressed to all parties appearing on the electronic service list for the above-entitled case.

[X]   (**ELECTRONICALLY**) Pursuant to the CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.

– 1 –

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

[X]  (**FEDERAL**) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct.

I declare under penalty under perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 1, 2019, at Pasadena, California.

<u>   /S/ Nicole Padget</u>