UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DISTRICT

| | |
|---|---|
| HARLEYSVILLE INSURANCE COMPANY<br><br>　　Plaintiff,<br><br>　　v.<br><br>KING'S EXPRESS, INC.; INFINITY LOGISTICS, INC.; PRO-COM PRODUCTS, INC.; MISA IMPORTS, INC.; DENNIS MCCORMICK; JOHN VINCENT TARWATER,<br><br>　　Defendants. | Case No.: CV 19-3817-DMG (SKx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [109]** |

Pursuant to the parties' stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice.

DATED: November 3, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DOLLY GEE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT